IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:10MC3491-MEF |
| ) | |
| AEROTEC - MONTGOMERY ) | |
| STAFFING, MONTGOMERY, AL, ) | |
| ) | |
| Garnishee. ) | |
| ) | (WO- Do Not Publish) |
| ) | |
| SHAGUANA LATRICE GOLLATE, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The Motion of the United States to Dismiss Garnishment (Doc. # 5) filed herein on April 6, 2010, being considered and understood by the Court, it is the Order of the Court that the same be and it is hereby GRANTED, and the garnishment heretofore issued to Aerotec - Montgomery Staffing, Montgomery, AL, be and the same is hereby DISMISSED.

DONE this 12th day of April, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE